```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                  WESTERN DIVISION
```

TERESA E. BRIDGES                                          Plaintiff

v.                        4:07CV00942 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                   Defendant

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of November 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE